In the Matter of Tri-State Investors Corporation, Appellant, *v.* Frederick McH. Kitching et al., Defendants.

Elizabeth F. Vilkomerson, Respondent.

In the Matter of Tri-State Investors Corporation, Appellant, *v.* Florence M. Kitching, Defendant.

Elizabeth F. Vilkomerson, Respondent.

(Submitted May 11, 1931; decided May 19, 1931.)

*Elizabeth F. Vilkomerson* for motion.
*Albert Adams* opposed.

Motions granted and appeals dismissed, with costs and ten dollars costs of motion, unless within ten days appellants pay ten dollars costs and file the return and serve copies of the papers on appeal in accordance with the rule, in which event the motions are denied, without costs.